# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>JOSHUA FIELDS,<br>　　　　Defendant. | **HEARING MINUTES**　Sealed: No<br>Case No.: 12-cr-04083-LTS-KEM-3<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Allison Linafelter<br>Official Court Record: Shelly Semmler　Contract? No<br>Contact Information: SSemmlerReporting@gmail.com |

| Date: | 04/15/2022 | Start: | 2:02PM | Adjourn: | 2:22PM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | Time in Chambers: | | n/a | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Kevin Fletcher | | | | | | |
| | Defendant(s): | CJA Peder Bartling (defendant present) | | | | | | |
| | U.S. Probation: | PO Ronica Towns | | | | | | |
| | Interpreter: | n/a | | Language: | n/a | Certified: | n/a | Phone: n/a |

| **TYPE OF PROCEEDING:** | **DETENTION** | | **REVOCATION** | X | **PRELIMINARY EXAMINATION** | |
|---|---|---|---|---|---|---|
| | | | | Contested? | Yes | Continued from a previous date? No |

| | | | |
|---|---|---|---|
| Moving party: | Government (Doc. 767 (sealed)) | | |
| Nature of proceedings: | | Ruling: | |
| Review of detention or conditions | | | |
| Review of pre-trial release | | | |
| Review of supervised release | X | Supervised release revoked; 6 months' imprisonment BOP. 3 years' supervised release to follow with up to the first 60 days' at RRC. Special conditions imposed | |
| Preliminary examination | | | |
| **Witness/Exhibit List is** | Defense documentation at Doc. 783 (sealed), received | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | |
| **Miscellaneous:** | Defendant does not contest violations 1(a)&(b)-2. Those violations established.<br><br>Defendant detained. | | |

Page **1** of 1