IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:12-CR-04083-LTS-KEM |
| Plaintiff, | ) | |
| vs. | ) | AMENEDED NOTICE |
| JOSHUA FIELDS, | ) | (WAIVER OF DETENTION HEARING) |
| Defendant. | ) | |

COMES NOW Defendant JOSHUA FIELDS, by and through his attorney, Peder Bartling, Bartling Law Offices, P.C., L.L.O., and hereby provides the following amended notice/submits the following waiver:

1. On April 7, 2022, and April 8, 2022, Defendant and Defendant's counsel shared direct communication during which:

a) Defendant and Defendant's counsel discussed Defendant's right to have a detention hearing on April 11, 2022, at which time the Court would determine whether Defendant would remain in custody pending the final hearing regarding the "Petition to Revoke Supervision," dated April 5, 2022, that the Court scheduled for April 15, 2022, at 2:00 p.m. [Doc. #767 & #774]

b) Defendant's counsel answered each of Defendant's questions regarding a detention hearing, including that Defendant's decision to waive a detention hearing will result in the Court not holding the hearing and, further, that Defendant will remain in custody pending the final

hearing regarding the Petition, pursuant to the Court's "Order Temporary Detention And Scheduling Hearing," dated April 6, 2022. [Doc. #773]

  c) Defendant informed Defendant's counsel that he wished to waive his right to have a detention hearing on April 11, 2022; and, further, Defendant authorized Defendant's counsel to notify the Court, the United States Attorney's Office, and the United States Probation Office of Defendant's decision to waive a detention hearing.

  2. Presently, the United States Marshal is detaining Defendant at Sioux County Jail (4363 Ironwood Avenue, Orange City, Iowa 51041); Defendant's counsel's office is located in Omaha, Nebraska; as a result of the physical distance between Defendant and Defendant's counsel, Defendant has been unable to execute the instant Waiver; nonetheless, Defendant is requesting that the Court cancel the detention hearing that it scheduled for April 11, 2022.

  3. Defendant, pursuant to the Court's "Text Order Only," dated April 8, 2022, [Doc. #778] executes the instant "Amended Notice (Waiver Of Detention Hearing)" to verify the "Notice (Waiver Of Detention Hearing)" that Defendant's counsel filed in the matter on Defendant's behalf on April 8, 2022. [Doc. #777]

DATED this 19th day of April, 2022.

            JOSHUA FIELDS, Defendant

United States of America, Plaintiff, v. Joshua Fields, Defendant.
Case No.: 5:12-CR-04083-LTS-KEM
Amended Notice (Waiver Of Detention Hearing)
April 19, 2022
—page 3/3—

By: /s/ Peder Bartling
Peder Bartling, #AT0012041
Bartling Law Offices, P.C., L.L.O.
209 South 19th Street, Suite 500
Omaha, Nebraska 68102
(402) 342-4118
E-mail: peder@bartlinglaw.com
Attorney for Defendant

By: *[signature]*
Joshua Fields,
Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 19, 2022, Bartling Law Offices, P.C., L.L.O., filed the foregoing "Amended Notice (Waiver Of Detention Hearing)" electronically with the Clerk of the District Court for the Northern District of Iowa using the CM/ECF system which sent notice of said filing to the following: United States Attorney, Sioux City, Iowa.

/s/ Peder Bartling
Peder Bartling, #AT0012041
Bartling Law Offices, P.C., L.L.O.